```
                          jEdit - Untitled-1
1 blank




                     70-00001-jlg   Doc 772      12/10/10 8:59 AM :: page 1
                          jEdit - Untitled-1
```