;-)